JS - 6

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

NOV - 5 2012

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALFREDO RIVERA, | Case No. CV 12-0790 AN |
| Plaintiff, | JUDGMENT |
| v. | |
| MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

For the reasons set forth in the accompanying Order, it is hereby ADJUDGED AND DECREED that the Commissioner's final decision is affirmed and this action is dismissed with prejudice.

DATED: November 2, 2012

_____
ARTHUR NAKAZATO
UNITED STATES MAGISTRATE JUDGE